PROB 35A

**Report and Order Terminating Regular Probation/Supervised Release
Prior to Original Expiration Date**

## UNITED STATES DISTRICT COURT

FOR THE

Western District of Texas

**FILED**

JUN 2 0 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

**OSCAR PETTIGREW**

Crim. No.   **5:12-CR-00788-XR(4)**

On **February 11, 2016**, the above name Defendant was sentenced in the above numbered cause for a period of **TWENTY-FOUR (24)** months custody and **THREE (3)** years supervised release for the offense of **CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE 50 KILOGRAMS OR MORE OF MARIJUANA**, a violation of Title 21 U.S.C. § 846, 841(a)(1) & 21 U.S.C. § 841(b)(1)(C). On **December 22, 2017**, the Defendant released from federal custody and began service of the term of supervised release which was scheduled to be in effect until **December 21, 2020**. The Probation Officer now reports that the supervised releasee has complied with the terms and conditions of supervision and is no longer in need of supervision by the United States Probation Office. Therefore, pursuant to Title 18 United States Code § 3583(e)(2), it is recommended that the terms and conditions of supervision be modified and reduced to reflect that he is not subject to the terms and conditions of supervision, except that the he shall not commit a new federal or state offense.

Respectfully submitted,

_____
Stefanie A. Colburn
U.S. Probation Officer

### ORDER OF THE DISCHARGE

Pursuant to the above report, it is ordered that the supervised releasee be relieved from supervision by the United States Probation Office and that he be held accountable only for not committing a new federal or state offense during the duration of the term of supervision which remains in effect until **December 21, 2020**.

Dated this ___19th___ Day of ___JUNE___, 2019___.

_____
Xavier Rodriguez
United States District Judge