PROB 12C
(REV. 12/04)

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

FILED
SEP 23 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Oscar Pettigrew | Case Number: 5:12-CR-00788-XR(4) |
| Name of Sentencing Judicial Officer: | Honorable Xavier Rodriguez, United States District Judge |
| Date of Original Sentence: | February 11, 2016 |
| Original Offense: | Conspiracy to Possess with Intent to Distribute 50 Kilograms or More of Marijuana, in violation of 21 U.S.C. §§ 846, 841(a)(1) & 841(b)(1)(C). |
| Original Sentence: | Twenty-Four (24) Months Imprisonment with Three (3) Years Supervised Release to follow; $100.00 Special Assessment. |
| Type of Supervision: Supervised Release | Date Supervision Commenced: December 22, 2017 |
| Assistant U.S. Attorney: Sam L. Ponder | Defense Attorney: Alan Brown |

### PREVIOUS COURT ACTION

**Early Termination of Supervision Only**: On June 19, 2019, a Probation Form 35A, Report and Order Terminating Supervised Release Prior to Original Expiration Date was singed by the Honorable Court. Supervision was terminated; however, the Court maintains jurisdiction in this case until December 21, 2020.

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **The defendant shall not commit another federal, state, or local crime during the term of supervision.** |
| | On August 31, 2019, the offender was arrested by the Fort Worth Police Department for Unlawful Possession of a Firearm by a Felon and Fleeing from Police Officer. The offender was booked under report number 190075600. According to the police report, the offender was on a motorcycle with an unknown female passenger when he failed to stop prior to a sidewalk. The gang officer activated his emergency overhead lights on his marked police vehicle in order to initiate a traffic stop. The offender continued Northbound on his motorcycle, passing several safe areas where he could have stopped. The offender signaled with his arm that he was going to pull over; however, he did not stop and continued North failing to pull over. The offender finally pulled over approximately one mile from where the stop was first initiated. The offender was detained and the officers approached the motorcycle. Upon approaching the motorcycle, officers observed a loaded, black, Taurus 9mm semiautomatic handgun laying on the motorcycle in pain sight without a holster. During the search of the motorcycle, officers also discovered a black and silver machete and a black knife. The offender made bond on September 2, 2019. |

PETTIGREW, Oscar
5:12-CR-00788-XR(4)
September 19, 2019
Page 2

**U.S. Probation Officer Recommendation:** On February 11, 2016, Oscar Pettigrew was sentenced to twenty-four (24) months imprisonment with three (3) years supervised release to follow for the offense of Conspiracy to Possess with Intent to Distribute 50 Kilograms or More of Marijuana, in violation of 21 U.S.C. 846, 841(a)(1) & 841(b)(1)(C) The offender's terms of supervised release commenced on December 22, 2017 and is scheduled to expire on December 21, 2020.

The offender has a Criminal History Category of I. According to the Presentence Report, the offender's substance abuse history began at age 15. His history of substance abuse includes: alcohol and marijuana. While on supervised release, the offender submitted to random urinalysis, which were all negative.

On June 19, 2019, early termination of the offender's supervised release term was granted by Your Honor. Jurisdiction continues until December 21, 2020. Due to the offender's arrest for Unlawful Possession of a Firearm by a Felon and Fleeing from Police Officer, the U.S. Probation Office respectfully recommends a warrant be issued in this case.

☒ The term of supervision should be

    ☒ revoked. (Maximum penalty: __2__ years imprisonment; __Up to Life__ supervised release; and payment of any unsatisfied monetary sanction previously imposed)

    ☐ extended for __ years, for a total term of __ years.

☐ The conditions of supervision should be modified as follows:

Approved:

Juan M. Peralez
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5366

Respectfully submitted,

Stefanie A. Colburn
U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5335
Date: September 19, 2019

cc:  Sam L. Ponder
      Assistant U.S. Attorney

      Brenda Trejo-Olivarri
      Assistant Deputy Chief U.S. Probation Officer

PETTIGREW, Oscar
5:12-CR-00788-XR(4)
September 19, 2019
Page 3

THE COURT ORDERS:

☐ No action.

☑ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other _____

_____
Honorable Xavier Rodriguez
U.S. District Judge

9-23-19
_____
Date