**FILED**

**OCT 30 2019**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(4) OSCAR PETTIGREW JR.<br>*Defendant* | §<br>§<br>§<br>§  Case Number: SA:12-CR-00788(4)-XR<br>§<br>§ |

## ORDER SETTING PRELIMINARY REVOCATION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for November 13, 2019 at 09:30 AM, in Courtroom B, on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, and the United States Probation Office. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **October 30, 2019.**

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE

6/7/2011 Waiver of Preliminary Hearing

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs. | § | NO: SA:12-CR-00788(4)-XR |
| | § § | |
| (4) OSCAR PETTIGREW JR. | § | |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P.5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P.5 or Fed. R. Crim. P. 32.1.

**Date** _____

**Defendant** _____

**Name of Attorney for Defendant (Print)** _____

**Date** _____

**Signature of Attorney for Defendant**